UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JOHNSON, KELLY GRIFFIN, KEITH WESOLOWSKI, PETER JOHNSON and BRACKIE BRYANT et al.<br>Individually And On Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>   - *against* -<br><br>FANDUEL, INC.,<br>a Delaware corporation,<br>     - *and* -<br>DRAFTKINGS, INC.<br>a Delaware corporation,<br><br>           Defendants. | Jury Trial Demanded<br><br>Case No. 15-cv-7963-GHW<br><br>Hon. Gregory H. Woods, U.S.D.J.<br>Hon. James L. Cott, U.S.M.J. |

## MOTION FOR PRELIMINARY INJUNCTION
## UNDER F.R.C.P. 65(a)

  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 65 and *Plaintiffs' Motion for Preliminary Injunction*, Plaintiffs will move on behalf of themselves and others similarly situated, at a time and date to be set by the Court as soon as practicable, for a Preliminary Injunction against Defendants FanDuel, Inc. ("FanDuel") and DraftKings, Inc. ("DraftKings"), (collectively "Defendants") preventing Defendants from using any money from customer accounts for operating expenses or any other use, and requiring Defendants to submit proof to Plaintiffs and the Court that all customer money is in segregated accounts and available for immediate distribution to customers if requested.  A *Memorandum in Support* is attached.

Dated: October 19, 2015

                By: s/ Paul C. Whalen

                Paul C. Whalen (PW1300)

LAW OFFICE OF PAUL C. WHALEN, P.C.
768 Plandome Road
Manhasset, NY 11030
(516) 426-6870 telephone
(212) 658-9685 facsimile
pcwhalen@gmail.com

**JONES WARD PLC**
Jasper D. Ward IV
Alex C. Davis
Marion E. Taylor Building
312 S. Fourth Street, Sixth Floor
Louisville, Kentucky 40202
Tel. (502) 882-6000
Fax (502) 587-2007
jasper@jonesward.com
alex@jonesward.com

Counsel for the Plaintiffs and Proposed Classes