# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.4000
Fax: +1 212.351.4035
RMastro@gibsondunn.com

October 26, 2015

FILED ELECTRONICALLY VIA ECF

The Honorable Gregory H. Woods
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Johnson v. FanDuel*, No. 15-cv-7963 (GHW)

Dear Judge Woods:

      We separately represent Defendants DraftKings, Inc. and FanDuel, Inc. in the above-referenced matter. We write to notify the Court that the Defendants have reached an agreement with the Plaintiffs with respect to service of the First Amended Complaint (Dkt. 6) and Summons (Dkt. 4) and extension of certain deadlines.

      Defendants have agreed to accept service of the Amended Complaint and Summons and, in keeping with the precepts of Fed. R. Civ. P. 12(a)(1)(A)(ii), therefore request a 60-day extension to respond to the Amended Complaint, which yields a proposed deadline of December 21, 2015. Because petitions have been filed before the Judicial Panel for Multidistrict Litigation to consolidate this and several other putative class actions into one MDL proceeding, Defendants will be filing a motion to stay this proceeding in the near term. Although Plaintiffs do not agree to this stay because they have a pending motion for preliminary injunction, Plaintiffs have agreed to an extension of the deadline for Defendants to respond to Plaintiffs' Motion for Preliminary Injunction filed on October 19, 2015 (Dkt. 7), from November 2, 2015 until December 2, 2015, so that this Court may have an opportunity to first consider the motion for a stay.

GIBSON DUNN

The Honorable Gregory H. Woods
October 26, 2015
Page 2

Defendants have not previously requested an extension of the deadline to respond to the Amended Complaint or the deadline to respond to the Motion for Preliminary Injunction. Plaintiffs do not oppose Defendants' requests for extension of time.

Respectfully submitted,

| GIBSON, DUNN & CRUTCHER LLP | MORRISON & FOERSTER LLP |
|---|---|
| By: *Randy Mastro /ps* <br> Randy M. Mastro | By: *Michael Miller /ps* <br> Michael B. Miller |
| Randy M. Mastro <br> Avi Weitzman <br> 200 Park Avenue, 48th Floor <br> New York, New York 10166 <br> Telephone: 212-351-4000 <br> Facsimile: 212-351-4035 <br> Email: RMastro@gibsondunn.com <br>         AWeitzman@gibsondunn.com <br><br> James Fogelman <br> 333 South Grand Avenue <br> Los Angeles, CA 90071 <br> Telephone: 213-229-7000 <br> Fax: 213-229-7520 <br> Email: JFogelman@gibsondunn.com | Michael B. Miller <br> 250 West 55th Street <br> New York, New York 10019 <br> Telephone: 212-468-8000 <br> Facsimile: 212-468-7900 <br> Email: mbmiller@mofo.com |
| *Attorneys for Defendant DraftKings, Inc.* | *Attorneys for Defendant FanDuel, Inc.* |

GIBSON DUNN

The Honorable Gregory H. Woods
October 26, 2015
Page 3

cc: Paul C. Whalen
　　Law Offices of Paul C. Whalen, P.C.
　　768 Plandome Road
　　Manhasset, NY 11030
　　*Attorney for Plaintiffs Adam Johnson,*
　　*Individually and on behalf of all others*
　　*similarly situated, Kelly Griffin,*
　　*Keith Wesolowski, Brackie Bryant and*
　　*Peter Johnson*