UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
ADAM JOHNSON, KELLY GRIFFIN, KEITH :
WESOLOWSKI, PETER JOHNSON and :
BRACKIE BRYANT et al. :
Individually And On Behalf of All Others :
Similarly Situated, :
:
        Plaintiffs, :
: Case No. 15-cv-7963-GHW (JLC)
    v. :
:
FANDUEL, INC., :
a Delaware corporation, :
:
        -and- :
:
DRAFTKINGS, INC., :
a Delaware corporation, :
        Defendants. :
------------------------------------x

## NOTICE OF DEFENDANTS DRAFTKINGS, INC.'S AND FANDUEL, INC.'S JOINT MOTION TO STAY PROCEEDING PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, dated October 30, 2015, and all prior papers and proceedings had herein, Defendants DraftKings, Inc. and FanDuel, Inc. (collectively, "Defendants") will move this Court for an order staying all proceedings in the above-captioned matter pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case, and more than a dozen others, should be consolidated before one court for pretrial proceedings pursuant to the Multidistrict Litigation transfer process. *See* 28 U.S.C. § 1407.

DATED: October 30, 2015

By: /s/ Randy M. Mastro

GIBSON, DUNN & CRUTCHER, LLP
Randy M. Mastro
    email: rmastro@gibsondunn.com
James P. Fogelman
    email: jfogelman@gibsondunn.com
200 Park Avenue, 48th Floor
New York, NY 10166
Telephone:  212.351.4000
Facsimile:  212.351.4035

Attorneys for Defendant DraftKings, Inc.

By: /s/ Michael B. Miller

MORRISON & FOERSTER LLP
Michael B. Miller
250 West 55th Street
New York, New York 10019
Telephone: 212-468-8000
Facsimile: 212-468-7900
Email: mbmiller@mofo.com

Attorney for Defendant FanDuel, Inc.