# Exhibit 2

**Daily Fantasy Sports Litigation**

|   | Case Name | Case Number | Jurisdiction | Date Filed |
|---|---|---|---|---|
| 1 | *Allgeier v. DraftKings, Inc. and FanDuel, Inc.* | 3:15-cv-00798 | Western District of Kentucky | October 22, 2015 |
| 2 | *Bandy v. DraftKings, Inc. and FanDuel, Inc.* (contains initial-deposit and employee-play allegations) | CJ-2015-03821 | Oklahoma State Court – District Court of Tulsa County (will be removed to federal court once served) | October 15, 2015 |
| 3 | *Belton v. DraftKings, Inc. and FanDuel, Inc.* | 1:15-cv-13602 | District of Massachusetts | October 19, 2015 |
| 4 | *Belton v. FanDuel, Inc. and DraftKings, Inc.* | 1:15-cv-08234 | Southern District of New York | October 19, 2015 |
| 5 | *Brown v. DraftKings, Inc.* | 1:15-cv-08165 | Southern District of New York | October 16, 2015 |
| 6 | *Carey v. DraftKings, Inc. and FanDuel, Inc.* | 4:15-cv-01616 | Eastern District of Missouri | Oct. 23, 2015 |
| 7 | *Champagne v. FanDuel, Inc., DraftKings, Inc., et al.* | 1:15-cv-08399 | Southern District of New York | Oct. 23, 2015 |
| 8 | *Cooper v. DraftKings, Inc. and FanDuel, Inc.* | 1:15-cv-23870 | Southern District of Florida | October 16, 2015 |
| 9 | *Firestone v. FanDuel, Inc. and DraftKings, Inc.* | 1:15-cv-02376 | District of Colorado | October 26, 2015 |
| 10 | *Gardner v. DraftKings, Inc.* (contains initial-deposit allegations) | 1:15-cv-12320 | District of Massachusetts | June 12, 2015 |
| 11 | *Genchanok v. FanDuel, Inc. and DraftKings, Inc.* | 2:15-cv-05127 | Eastern District of Louisiana | October 13, 2015 |
| 12 | *Gomez v. FanDuel, Inc. and DraftKings, Inc., et al.* | 1:15-cv-23858 | Southern District of Florida | October 16, 2015 |

| 13 | *Guarino v. DraftKings, Inc. and FanDuel, Inc.* | 3:15-cv-01123 | Southern District of Illinois | October 9, 2015 |
|---|---|---|---|---|
| 14 | *Haroldson v. DraftKings, Inc.* | 1:15-cv-13581 | District of Massachusetts | October 15, 2015 |
| 15 | *Hemrich v. DraftKings, Inc.* *(contains initial-deposit allegations)* | 3:15-cv-00445 | Southern District of Illinois | April 21, 2015 |
| 16 | *Holland v. DraftKings, Inc. and FanDuel, Inc.* *(contains initial-deposit and employee-play allegations)* | 1:15-cv-13650 | District of Massachusetts | October 26, 2015 |
| 17 | *Johnson et al. v. FanDuel, Inc. and DraftKings, Inc.* | 1:15-cv-07963 | Southern District of New York | October 16, 2015 |
| 18 | *Leonard v. DraftKings, Inc. and FanDuel, Inc.* | 1:15-cv-13644 | District of Massachusetts | October 26, 2015 |
| 19 | *Martin v. DraftKings, Inc. and FanDuel, Inc.* *(contains initial-deposit and employee-play allegations)* | 5:15-cv-02167 | Central District of California | October 20, 2015 |
| 20 | *McCallie v. DraftKings, Inc. and FanDuel, Inc.* | 1:15-cv-08463 | Southern District of New York | October 27, 2015 |
| 21 | *McDaid et al. v. DraftKings, Inc. and FanDuel, Inc.* | 1:15-cv-08181 | Southern District of New York | October 16, 2015 |
| 22 | *McIntyre v. DraftKings, Inc. and FanDuel, Inc.* | 7:15-cv-08458 | Southern District of New York | October 27, 2015 |
| 23 | *Pomeroy v. DraftKings, Inc. and FanDuel, Inc.* | 1:15-cv-13625 | District of Massachusetts | October 22, 2015 |
| 24 | *Spiegel v. FanDuel, Inc. and DraftKings, Inc.* | 2:15-cv-08142 | Central District of California | October 20, 2015 |
| 25 | *Weaver v. FanDuel, Inc. and DraftKings, Inc.* | 1:15-cv-08110 | Southern District of New York | October 15, 2015 |

| 26 | *White v. DraftKings, Inc. and FanDuel, Inc.* | 1:15-cv-08123 | Southern District of New York | October 15, 2015 |
| 27 | *Wicksman v. DraftKings, Inc.* *(contains initial deposit allegations)* | 1:15-cv-13559 | District of Massachusetts | October 13, 2015 |